# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Brian Patrick Jack,

_____

_____

_____

(Full Name of Plaintiff or Plaintiffs)

vs

World Wrestling Entertainment
Dr. James Andrews
SHED MEDIA USA
Vincent McMahon,
John Lauraneitis, Ty Bailey,
Kevin Amann, BETH PHOENIX
KRISTIN ALTMAN. ANTHONY CAROLI

(Full Name of Defendant or Defendants)

```
USDC EDWI
FILED IN GREEN BAY DIV

NOV 30 2012

AT_____ O'CLOCK____M
JON W. SANFILIPPO
```

No. **12 C 1218**

(Supplied by Clerk)

## COMPLAINT

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
   ☑ YES   ☐ NO

   B. Have you begun other lawsuits in state or federal court?
   ☑ YES   ☐ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

   1. Parties to the previous lawsuit

   Plaintiff(s) _Clark's Bay Corporation_

   Defendant(s) _Brian P. Jack_

   2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)
   _Winnebago County WI_

3. Docket number **2011CV001465**

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? **Appealed, by permissive appeal. Still pending Judge.**

5. Approximate date of filing lawsuit **9-30-2011**

6. Approximate date of disposition **Pending Still Your Honor**

## II. PARTIES

A. Your name (PLAINTIFF) **Brian Patrick Jack**

B. Your Address **P.O Box 506 New London WI, 54961**

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) **World Wrestling Entertainment, Dr. James Andrews, Shed Media US INC, Kwik Trip Inc, John Lauraneitis,**

D. Defendants address **World Wrestling Entertainment: 1241 E Main St, Stamford, CT 06902 Dr. James Andrews: 805 Saint Vincents Dr. Birmingham, AL 35205**

E. Additional DEFENDANTS (names and addresses) **Vincent McMahon - 1241 E main St Stamford CT 06902, John Lauraneitis, Anthony Carelli, Kevin Amann, Ty Bailey, Kristin Altman - All WWE emp. located Corp. HE**

**Kwik Trip Inc: 1626 Oak Street P.O Box 2107 Lacrosse WI 54602**

**SHED MEDIA US: 3800 Barham Boulevard Suite 410, Los Angelas CA 90068**

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: Dear Judge, To simplify in this small brief will be hard.

1.) World Wrestling Entertainment took me from Appleton Wisconsin and placed me in Tampa Florida after much contact here as I am a Wisconsin Native and Resident. While placed there, I should say before. I told WWE Corporate about hazing, threats, sexual harrasment and more to WWE Corporate. I was told to go down and "work it out with Steve Kiern" Steve Kiern broke my Neck, My Pelvis, My backbone, My thumb, and my worst injury involving Dr Andrews is my Lt Knee recently. The diagnose was and will need continued surgery. It is diagnosed fractured fibia/tibia Plateau Complete ACL tear from horn, McL Tear, No cartilage left (all squished out of joint) large joint diffusion and it was dislocated sir for 4 MONTHS. WWE and Anthony Carelli AKA Santino Marella (WWE) wanted me to do home owners insurance fraud and I could NOT follow through with it. Then WWE wanted me to get into a staged auto wreck so their developmental insurance wouldnt take a hit. I had to call the Department of Justice in Wisconsin Ron Glamann Attorney Vincent Biskupic in Appleton, Graeme Rattray in Appleton and Detective John Lawrynk of the Stevens Point Police Dept. AFTER THE D.A IN HILLSBOUROUGH COUNTY PULLED THE PLUG ON THE STING. VINCENT BISKUPIC AND GRAEME RATTRAY SENT ME MONEY TO GET HOME. WWE has called Chilton Police, FBI, LaCrosse PD and Winnebago County as well as my neighbors 2011CV001465. I was slandered at Resh Center and Bradley Center as well as law. They ALL SAID to Sue!

STATEMENT OF CLAIM CONTINUED

3. In Tampa, I was left on a broken leg. Then Dr Seth bassner from Florida Orthopedic stepped up to perform surgery, after Dr. Andrews and WWE blew me off. Then after 2 years of arguing and borderline threats, I was contacted in Wisconsin, told my bills would be paid, and flown to Dr Andrews in Birmingham Alabama. Dr Andrews felt me up for a wire, then asked bizarre questions, gave me an MRI, tried to run me through POMCO (workmans comp) then I was later told my knee was still damaged by 1 of the 3 people in the Room with Dr Andrews. I am still recieving bills, and Collection after WWE told me in writing to send my bills from the original injury and Dr. Andrews when I returned to Appleton via flight. Instead, The FBI got involved and just happened to work with my retired Uncle Tom Jack, Ret. Green Bay Detective Sgt Adams St (total

STATEMENT OF CLAIM CONTINUED

(all within statute of limitations) 2. WWE used Shed Media to fraud me into believing I was going to be on the production called "Tough Enough" when I recieved the 57 page Contract from SHED, in very tiny small print it released WWE of all liabilities before, during, and after the production of the show! BEFORE, meaning if I signed the Contract I was going to be in trouble with my bills and lost wages as well as future surgeries. WWE also broke my back, pelvis and neck through Steve Kiern at their developmental. I told Shed Media Casting Manager Meghan Berry the whole truth and was told SHED's attorneys would right a new Contract as I wouldnt sign. 3. Kwik Trip has an employee Kelly Duche, her and her husband Dan were called by WWE and told to report to Milwaukee. for the Second time the (Green Bay Resch Center 1st time within statute of limit) Duche's spread Malicious lies and I tape recorded it all. It spread to my neighbors/landlord

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I would respectfully wish the Courts would bring all parties together to find a fair resolution to all parties, without violating my civil or victims rights. I would like my medical bills paid as WWE promised in writing. I would like Dr. Andrews to fix my broken body or pay for someone else to fix me, with WWE. I would like damages from Shed Media hurting me as well as Kwik Trip. In all, I am looking for closure and JUSTICE. I would also like the Courts to preserve my right to trial by Jury Article I sec 5 WI.

I declare under penalty of perjury that the foregoing is true and correct.
Complaint signed this 29th day of Nov, 2012

*Brian P. Jack*

Brian P. Jack

(Signature of Plaintiff(s))